UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA



FILED
FEB - 5 2009
CLERK U S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

BANKRUPTCY MINUTES - 11 U.S.C. Section 362 MOTIONS

CASE NO.  RS08-19759 PC                       DATE 2/5/09
CHAPTER 7

DEBTOR(S) MONICA VALLES

TITLE MOTION IN INDIVIDUAL CASE FOR ORDER CONFIRMING TERMINATION OF STAY UNDER 11
U.S.C. §362(I) OR THAT NO STAY IS IN EFFECT UNDER 11 U.S.C. §362(c)(4)(A)(ii)
GMAC MORTGAGE, LLC V. DEBTOR

Hon. Peter H. Carroll, Bankruptcy Judge

Attorney(s) for Moving Party            Attorney(s) for Responding Party
_____None_____                          _____M. Valles, pro se_____

(X) **Granted**

   (X) ~~Tentative~~ / (Final Ruling) is the final order of the Court.

   ( ) Based on finding of fact and conclusions of law made on the record.

( ) **Denied**

   ( ) Tentative / Final Ruling is the final order of the Court.

   ( ) Based on findings of fact and conclusions of law made on the record.

( ) **Stipulation**.  Stipulation by the parties with respect to the relief sought
    to be filed with the court within 7 days.

( ) **Continuance**.  Hearing on the motion is continued to _____,
    at _____ a.m./p.m. for a final hearing pursuant to 11 U.S.C. §362(e).
    Automatic stay remains in effect pending a final hearing on the motion.

( ) **Off Calendar.**

( ) **Other**.

# United States Bankruptcy Court
# Central District of California

### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

**Thursday, February 5, 2009**                                                      **Hearing Room 304**

<u>9:30 am</u>

**6:08-19759   Monica Valles**                                                               **Chapter 7**

**#41.00**          Pite, Duncan LLP - movant attorney

Motion in individual case for order confirming termination of stay under 11 U.S.C.1 362(l) or that no stay is in effect under 11 U.S.C. §362(c)(4)(A)(ii)

GMAC Mortgage LLC. vs. DEBTOR, Robert Whitmore, Chapter 7 Trustee (Motion filed 1/9/09)

Docket #:  17

**Tentative Ruling:**

   None.

   **Final Ruling**. This motion for an order confirming termination of the automatic stay has been set for hearing on the notice required by LBR 4001(c)(1) and LBR 9013-1(d)(2). The failure of the debtor, the trustee, and all other parties in interest to file written opposition at least 14 days prior to the hearing as required by LBR 9013-1(f) is considered as consent to the granting of the motion. LBR 9013-1(h). *Cf*. Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Their default is entered and the matter will be resolved without oral argument. LBR 9013-1(j)(3). **No appearance is necessary**.

   The motion is granted. Section 362(c)(4)(A) states that if a single or joint case is filed by or against a debtor who is an individual, and if two or more single or joint cases of the debtor were pending within the previous year but were dismissed, *other than a case refiled under § 707(b)*, the stay under § 362(a) shall not go into effect upon the filing of the later case; and further, that on request of a party in interest, the court shall promptly enter an order confirming that no stay is in effect. 11 U.S.C. § 362(c)(4)(A). Section 362(j) directs the court to issue, on request of a party in interest, an order under § 362(c) confirming that the automatic stay has been terminated. 11 U.S.C. § 362(j).

   The court takes judicial notice that the following cases of the debtor were pending within the year preceding the filing of the petition in this case on August 1, 2008:  (1) Case

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

**Thursday, February 5, 2009**                                        Hearing Room 304

9:30 am

**Cont....    Monica Valles**                                         Chapter 7

No. RS 08-13414 PC filed on March 31, 2008 and dismissed on April 18, 2008, and (2) Case No. RS 08-14960 PC filed on May 1, 2008 and dismissed on July 1, 2008. Section 707(b) does not apply to this case or either of the prior cases. Accordingly, there is no stay in effect in this case.

The 10-day period specified in FRBP 4001(a)(3) is waived. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code. All other relief is denied.

The movant shall submit an appropriate order.

Party Information

Debtor(s):
  Monica Valles

Movant(s):
  GMAC Mortgage, LLC as servicing              Represented By
                                               Eddie R Jimenez

Trustee(s):
  Robert Whitmore